# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| WILLIAM JEROME TRAMMELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No.: 1:18-cv-00129-LSC-JEO |
| CHRIS MATHEWS, | ) ) |
| Defendant. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on September 11, 2018, recommending the defendant's motion for summary judgment be granted on the plaintiff's Fourth Amendment, coerced confession, and false imprisonment claims; that the remainder of the plaintiff's federal claims be dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) for failing to state a claim upon which relief may be granted; and that the plaintiff's state law claims be dismissed without prejudice. (Doc. 30). Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen (14) days, no objections have been received by the court and the time to file objections has expired.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. The court

**EXPRESSLY FINDS** that there are no genuine issues of material fact and the defendant is entitled to judgment as a matter of law. Accordingly, the defendant's motion for summary judgment (doc. 28), is due to be granted on the claims set forth above, and the remainder of the claims are due to be dismissed without prejudice.

A Final Judgment will be entered.

**DONE** AND **ORDERED** ON OCTOBER 10, 2018.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704